**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Michelle Carpinelli

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CARPINELLI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIPS & COHEN ASSOCIATES, LTD.,<br><br>Defendant. | Case No.: 15-cv-904 H (BGS)<br><br>NOTICE OF SETTLEMENT<br><br>HON. MARILYN L. HUFF |

///

///

///

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that the individual dispute between Plaintiff MICHELLE CARPINELLI ("Plaintiff") and Defendant PHILLIPS & COHEN ASSOCIATES, LTD. ("Defendant") has been resolved. The Parties anticipate filing a Joint Motion for Dismissal of Plaintiff's claims with Prejudice and without Prejudice as to the Putative Class Members without 60 days. Plaintiff requests that all pending dates and filing requirements with regard to the parties be vacated, and that the Court set a deadline on or after September 13, 2015 for filing a Joint Dismissal.

Dated: July 13, 2015                                      Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker___
         MATTHEW M. LOKER, ESQ.
         ATTORNEY FOR PLAINTIFF