# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CARPINELLI, Individually and on Behalf of all Other Similarly Situated,<br><br>    Plaintiff,<br>  vs.<br><br>PHILLIPS & COHEN ASSOCIATES, LTD.,<br><br>    Defendant. | CASE NO. 15-CV-00904-H (BGS)<br><br>**ORDER GRANTING SECOND JOINT MOTION FOR DISMISSAL**<br><br>[Doc. No. 14] |

On April 23, 2015, Plaintiff Michelle Carpinelli filed a putative class action against Defendant Phillips & Cohen Associates, Ltd. (Doc. No. 1.) On October 9, 2015, the parties filed a joint motion to dismiss the case in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41. (Doc. No. 12.) On October 9, 2015, the Court granted the joint motion to dismiss and dismissed the case without prejudice in its entirety. (Doc. No. 13.)

On November 23, 2015, the parties again filed a joint motion to dismiss. (Doc. No. 14.) Although the parties fail to explain in the motion why they have again moved to dismiss the action even though it has already been dismissed by the Court, it appears that the parties filed the second motion to dismiss to clarify that Plaintiff's individual

1 claims should be dismissed with prejudice.  Accordingly, for good cause shown, the
2 Court grants the joint motion and dismisses the action with prejudice as to Plaintiff's
3 individual claims only.

4 **IT IS SO ORDERED.**

5 Dated: November 23, 2015

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT